# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JUNE ELIZABETH FEBUS,

               Plaintiff,                    20 **CIVIL** 8314 (OTW)

      -v-                                   **JUDGMENT**

KILOLO KIJAZAKI,
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 29, 2022, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and the Commissioner's Motion for Judgment on the Pleadings is DENIED. The case is remanded for further administrative review, including but not limited to a de novo hearing and a new decision.

**Dated:**  New York, New York
           August 1, 2022

                                                                    **RUBY J. KRAJICK**

                                                                       Clerk of Court

                                **BY:**    *K. Mango*

                                                                            **Deputy Clerk**